# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Dwayne Demouchet
Rayburn Correctional Ctr. DOC No. 362467
27268 Hwy 21
Angie, LA 70426

**REHEARING ACTION: August 15, 2012**

**Docket Number: 11   00780-KH**

**STATE OF LOUISIANA
VERSUS
DWAYNE DEMOUCHET**

**Writ Application from Iberia Parish Case No. 04-1512**

**BEFORE JUDGES:**

**Hon. John D. Saunders
Hon. Billy Howard Ezell
Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Dwayne Demouchet** has this day been

**DENIED.**

cc: Hon. J. Phillip Haney, Counsel for  the Respondent